UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

———

DAVID ALLEN WAYNE #460805,

       Plaintiff,

                                          Case No. 2:07-cv-62
v.                                   HON. R. ALLAN EDGAR

JOHN PERRY, et al.,

       Defendant.

_____/

## OPINION AND ORDER APPROVING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge on May 21, 2007. The Report and Recommendation was duly served on the parties. The Court received objections from the Plaintiff. In accordance with 28 U.S.C. § 636(b)(1), the Court has performed *de novo* consideration of those portions of the Report and Recommendation to which objection has been made. The Court now finds the objections to be without merit. Plaintiff reasserts the claims he made in his underlying motion for a preliminary injunction / temporary restraining order. For the reasons set forth in the report and recommendation, Plaintiff's objections lack merit.

THEREFORE, IT IS ORDERED that the Report and Recommendation of the Magistrate Judge (Docket #25) is approved and adopted as the opinion of the court.

IT IS FURTHER ORDERED that Plaintiff's motion for a preliminary injunction (Docket #13) is DENIED.

Dated:    8/29/07                                */s/ R. Allan Edgar*
                                                  R. ALLAN EDGAR
                                                  UNITED STATES DISTRICT JUDGE